

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2014

No. 04-14-00123-CV

Blanca **HERNANDEZ**,
Appellant

v.

**EAGLE PASS INDEPENDENT SCHOOL DISTRICT**, Self Insured and Texas Department
of Insurance Division of Workers' Compensation and Rod Bordelon, Jr. in his Capacity as
Commissioner of Workers Compensation,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 12-12-28082-MCV
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

This is an accelerated appeal. The clerk's record was due February 24, 2014, ten days after the notice of appeal was filed. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record was not filed. On March 5, 2014, this court notified Irene Rodriguez, the District Clerk of Maverick County, that she is the trial court clerk responsible for timely filing the clerk's record and the record had not been filed. Our notice required Rodriguez to file the record no later than March 17. We did not receive a timely response to the notice. However, on March 25, 2014, the clerk filed a motion requesting an additional three weeks to file the record. The motion asserts the record is two volumes in length, but provides no explanation for the delay in filing the record other than the general statement that "My other duties or activities preclude working on the record."

We grant the motion **in part** and **order** Irene Rodriguez to file the clerk's record by **April 7, 2014**. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days). The clerk is advised that if the record is not filed by the date ordered, we may order her to appear and show cause why she should not be held in contempt. The clerk is further advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record and (2) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tᴇx .R. Aᴘᴘ. P. 35.3(c), we order the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court